UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:15-CR-22-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THOMAS KENODRICK WILSON | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 33 and its accompanying Order, in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Defendant.

This the 28 day of November, 2016.

Terrence W. Boyle
United States District Judge