IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:15-CR-22-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THOMAS KENODRICK WILSON | ) | |
| | ) | |

By order entered October 6, 2017, the Court granted defendant's motion pursuant to 28 U.S.C. § 2255 and vacated his sentence. [DE 53]. Defendant having previously demonstrated sufficient indigency to be entitled to the appointment of counsel, the Office of the Federal Public Defender is again APPOINTED to represent defendant and to appear at the resentencing hearing. 18 U.S.C. § 3006A.

SO ORDERED, this _10_ day of October, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE